1  DAVID A. BOONE - State Bar No. 74165
   SUSAN B. LUCE - State Bar No. 120843
2  LAW OFFICES OF DAVID A. BOONE
   1611 The Alameda
3  San Jose, CA  95126
   Telephone:    (408) 291-6000
4  Facsimile:    (408) 291-6016

5  Attorneys for Debtor,
   Bipin Seth
6
                UNITED STATES BANKRUPTCY COURT
7
               NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN JOSE DIVISION
9
   In re:                          )   Bankruptcy No: 08-51908 ASW
10                                  )
   BIPIN SETH,                      )   Chapter 11
11 aka, BIPINCHANDRA SETH, BOB SETH,)
   fdba, KRH ENERPIRSES, INC.; SNP  )
12 INVESTMENTS, LLC.; EL RANCHO     )   Date:        July 17, 2009
   DEVELOPMENT, INC.; BARODA        )   Time:        2:00 p.m.
13 ENTERPRISES, LLC.; INDUS VALLEY  )   Courtroom:   3020
   GROUP; R-3-D, INC.; SSF INVESTMENTS, )  Honorable Arthur S. Weissbrodt
14 LLC.; AIR HOST, INC.             )
                                    )
15                                  )
                                    )
16           Debtor.                )
   _____)
17

18       NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT

19    TO CREDITORS,  UNITED STATES TRUSTEE AND PARTIES IN INTEREST:

20       **NOTICE IS HEREBY GIVEN THAT** a Plan of Reorganization and a Disclosure

21 Statement have been filed by Bipin Seth, ("Debtor").

22       The hearing to consider the approval of the Disclosure Statement will be held before the

23 Honorable Arthur S. Weissbrodt, Judge of United State Bankruptcy Court, 280 South First

24 Street, Courtroom 3020, San Jose, California 95113, on July 17, 2009 at 2:00 p.m., or as soon

25 thereafter as the matter may be heard.

26       Friday, July 10, 2009, is fixed as the last day for the filing and serving, in accordance with

27 Rule 3017(a) of the Federal Rules of Bankruptcy Procedure and Local Rule, written objections to

28 the Disclosure Statement.

Case: 08-51908   Doc# 60   Filed: 05/22/09   Entered: 05/22/09 16:22:18   Page 1 of 2

1    The Disclosure Statement and Plan of Reorganization may be seen during regular hours

2    of business at the United States Bankruptcy Court, Clerk's Office, 280 South First Street,

3    Room 3035, San Jose, California 95113.  The documents have been filed electronically and may

4    be viewed on Pacer at website   *www.pacer.canb.uscourts.gov*.

5    Request for copies of the Disclosure Statement and Plan of Reorganization should be

6    mailed to Susan B. Luce, Law Offices of David A. Boone, 1611 The Alameda, San Jose,

7    California or faxed to her attention at (408) 291-6016.

8

9

10

11

12   Dated: May 21, 2009                    LAW OFFICES OF DAVID A. BOONE

13                                          _____/s/ Susan B. Luce_____
                                           SUSAN B. LUCE
14                                         Attorney for Debtor
                                           Bipin Seth
15

16

17

18

19

20

21

22

23

24

25

26

27

28