```
Entered on Docket
September 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



**IT IS SO ORDERED.**
**Signed September 15, 2009**

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

---

1 SUSAN B. LUCE - State Bar No. 120843
  DAVID A. BOONE - State Bar No. 74165
2 LAW OFFICES OF DAVID A. BOONE
  1611 The Alameda
3 San Jose, CA 95126
  Telephone: (408) 291-6000
4 Facsimile: (408) 291-6016

5 Attorneys for Debtor,
  Bipin Seth

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:  ) Bankruptcy No: 08-51908 ASW
        )
BIPIN SETH,  ) Chapter 11
aka, BIPINCHANDRA SETH, BOB SETH,  )
fdba, KRH ENERPIRSES, INC.; SNP  )
INVESTMENTS, LLC.; EL RANCHO  ) Date: July 17, 2009
DEVELOPMENT, INC.; BARODA  ) Time: 2:00 p.m.
ENTERPRISES, LLC.; INDUS VALLEY  ) Courtroom: 3020
GROUP; R-3-D, INC.; SSF INVESTMENTS,  ) Honorable Arthur S. Weissbrodt
LLC.; AIR HOST, INC.  )
        )
        )
       Debtor.  )
_____  )

### ORDER APPROVING DISCLOSURE STATEMENT\

The Court conducted a hearing on the motion of Bipin Seth for approval of his Disclosure Statement ("Disclosure Statement"). Appearances were noted on the record. The Court made the following findings:

### FINDINGS OF FACT

Due notice of the hearing was given to all parties in interest;

Bipin Seth will amend his Disclosure Statement as stated on the record; and

As amended, the Disclosure Statement contains adequate information as defined by Section 1125(a) of the United States Bankruptcy Code.

### ORDER

Based upon the papers and pleadings filed in this matter, and for the reasons stated on the record, **IT IS HEREBY ORDERED THAT:**

1. The Disclosure Statement filed by Debtor, as modified on the record, is hereby

approved;

2. **The hearing on confirmation of the Debtor's Amended Plan of Reorganization is set for October 30, 2009, 2009, at 2:00 p.m., in Room 3020 of the United States Bankruptcy Court located at 280 South First Street, San Jose, California 95113.**

3. On or before September 28, 2009, Debtor shall serve, by first class mail, postage pre-paid, on all parties in interest, including all creditors and the United States Trustee, copies of this Order; the Amended Disclosure Statement; the Amended Plan; and a ballot conforming to Official Form 14;

4. Objections to confirmation of the Amended Plan shall be filed and served no later than October 23, 2009. Copies of any objection shall be served on Debtor's counsel at the address indicated in the upper left hand corner of the first page on this Order and on the United States Trustee at 280 South First Street, Room 268, San Jose, California 95113. Debtor may respond.

5. Creditors shall return their completed ballots to Susan B. Luce, Law Offices of David A. Boone, 1611 The Alameda, San Jose, California 95126. Ballots must be received no later than 5:00 p.m. on Friday, October 23, 2009. Ballots delivered after that time shall not be counted, except as late filed ballots.

6. Counsel for Debtor shall prepare a tally of the votes in accordance with Local Bankruptcy Rule 3018-1 and file that tally with the Clerk of the Court not less than three (3) business days prior to the hearing on confirmation of the Amended Plan. Debtor may also file with the Court and serve on the United States Trustee a confirmation brief not less than three (3) business days prior to the hearing on confirmation of the Plan.

***END OF ORDER***

Approved as to form:

Dated: September 1, 2009

/s/ John Wesolowski

Office of the U.S. Trustee

**COURT SERVICE LIST**

Office of the U.S. Trustee
280 S. 1st Street, Rm. 268
San Jose, CA 95113

Bipin Seth
537 Tirol Ct
Milpitas, CA 95035

Law Offices of David A. Boone
1611 The Alameda
San Jose, CA. 95126

Wachoiva Small Business Capital as successor to the Money Store Investment Corp.
c/o David M. Wiseblood
Seyfarth Shaw, LLP
560 Mission Street, Ste. 3100
San Francisco, CA 94105

Nina Yablok
c/o John P. Cardosi
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara St., Ste. 290
San Jose, CA 95113

GE Money Bank
c/o Ramesh Singh
Recovery Management Systems
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605